# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| P.M.I. SERVICES NORTH AMERICA, INC., § § § Plaintiff, § § v. § ENDURO PIPELINE SERVICES, INC., § § Defendant. § | CIVIL ACTION NO. 3:16-cv-00442-PRM |

## DEFENDANT'S DISLCOSURES UNDER RULE 26(a)(2).

TO: Plaintiff, **P.M.I. Services North America, Inc.**, by and through its attorneys of record, Christine Kirchner and Cade W. White, **Chamberlain, Hrdlicka, White, Williams & Aughtry**, 1200 Smith Street, Suite 1400, Houston, TX 77002; and Clyde A. Pine, Jr., **Mounce, Green, Myers, Safi, Paxson & Galatzan**, P.O. Drawer 1977, El Paso, Texas 79950-1977.

Pursuant to the Court's Scheduling order and Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendant hereby serves the required disclosures under Rule 26(a)(2). Attached to this disclosure includes the information required to be disclosure under Rule 26(a)(2), including the report of its specially retained designated expert. If you have any questions, do not hesitate to contact our office.

Respectfully submitted,

By: _/s/ R. Layne Rouse_
    Dick R. Holland
    State Bar No. 09845050
    *Email:* [dholland@shaferfirm.com](mailto:dholland@shaferfirm.com)
    R. Layne Rouse
    State Bar No. 24066007
    *Email:* [lrouse@shaferfirm.com](mailto:lrouse@shaferfirm.com)

**SHAFER, DAVIS, O'LEARY & STOKER, INC.**

700 N. Grant Avenue, Suite 201 (79761)
P. O. Drawer 1552
Odessa, Texas 79760-1552
Phone: 432.250.6515
Fax: 432.333.5002

Chris Johnston
State Bar No. 10834200
J. Crawford Kerr
State Bar No. 11341700
**FIRTH JOHNSTON BUNN KERR**
P. O. Box 942 (79946-0942)
415 North Mesa, Third Floor
El Paso, Texas 79901
(915) 532-7500 Office
(915) 532-7503 Fax
*Email: cjohnston@f-jlaw.com*
*Email: jkerr@f-jlaw.com*

***ATTORNEYS FOR DEFENDANT
ENDURO PIPELINE SERVICES, INC.***

# CERTIFICATE OF SERVICE

I hereby certify that on this the 22nd day of June, 2017, a true and correct copy of the above and foregoing document was served upon the following counsel of record via email.

Christine Kirchner
State Bar No. 00784403
Cade W. White
State Bar No. 24051516
**Chamberlain, Hrdlicka, White, Williams & Aughtry**
1200 Smith Street, Suite 1400
Houston, TX 77002
Phone: (713) 658-1818
Fax: (713) 658-2558
*Email:* c.kirchner@chamberlainlaw.com

Clyde A. Pine, Jr.
State Bar No. 16013460
**MOUNCE, GREEN, MYERS, SAFI, PAXSON & GALATZAN**
P.O. Drawer 1977
El Paso, Texas 79950-1977
Phone: (915) 532-2000
Fax: (915) 541-1597
*Email:* pine@mgmsg.com

*ATTORNEYS FOR PLAINTIFF, P.M.I.*
*SERVICES OF NORTH AMERICA, INC.*

                                                                            /s/ R. Layne Rouse
                                                                            Dick R. Holland
                                                                            R. Layne Rouse